538 U.S. 979
 STEVENS
v.
DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE APPELLATE DIVISION, SUPREME COURT OF NEW YORK, FIRST JUDICIAL DEPARTMENT.
 No. 02-1259.
 Supreme Court of United States.
 April 21, 2003.
 
 1
 CERTIORARI TO THE APPELLATE DIVISION, SUPREME COURT OF NEW YORK, FIRST JUDICIAL DEPARTMENT.
 
 
 2
 App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. Reported below: 294 App. Div. 2d 1, 741 N. Y. S. 2d 536.